IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DEONTE JAMES,<br><br>         *Plaintiff*,<br><br>v.<br><br>CUYAHOGA COUNTY, et al.<br><br>         *Defendants.* | Case No. 1:21-cv-1958<br><br>Judge J. Philip Calabrese<br><br>Magistrate Judge Jonathan D. Greenberg |
| **DECLARATION OF JESSICA SAVOIE** ||

I, Jessica Savoie, declare as follows:

1. I am over the age of 18 and competent to testify to the facts below based on my personal knowledge.

2. I am an attorney licensed in the states of Ohio and Louisiana.

3. I am counsel of record for Deonte James and receive Notices of Electronic Filing in this case.

4. The document attached as Exhibit A is a true and correct copy of a Notice of Electronic Filing I received from ohndecf@ohnd.uscourts.com at 8:21 p.m. on January 26, 2023.

5. The document attached as Exhibit B is a true and correct copy of a Notice of Electronic Filing I received from ohndecf@ohnd.uscourts.com at 10:51 a.m. on January 27, 2023.

6. The document attached as Exhibit C is a true and correct copy of a Notice of Electronic Filing I received from ohndecf@ohnd.uscourts.com at 12:21 p.m. on January 27, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 10, 2023

                                                               *[signature]*
                                                               Jessica Savoie

**EXHIBIT 1**

| | |
|---|---|
| **From:** | ohndecf@ohnd.uscourts.gov |
| **To:** | OHNDdb_CleECF@ohnd.uscourts.gov |
| **Subject:** | Activity in Case 1:21-cv-01958-JPC James v. Cuyahoga County et al Motion to disqualify judge |
| **Date:** | Thursday, January 26, 2023 8:22:25 PM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

NORTHERN DISTRICT OF OHIO

## Notice of Electronic Filing

The following transaction was entered by Cappara, Janeane on 1/26/2023 at 8:21 PM EST and filed on 1/26/2023

**Case Name:** James v. Cuyahoga County et al
**Case Number:** 1:21-cv-01958-JPC
**Filer:** Cuyahoga County
**Document Number:** 33

**Docket Text:**
**Motion to disqualify Judge *pursuant to 28 U.S.C § 455* filed by Defendant Cuyahoga County. (Attachments: # (1) Exhibit A - Clay v. Cuyahoga County First Amended Complaint, # (2) Exhibit B - 2020 CCCC Jail Inspection)(Cappara, Janeane)**

**1:21-cv-01958-JPC Notice has been electronically mailed to:**

Ashlie Case Sletvold     asletvold@peifferwolf.com, kohara@peifferwolf.com

Brendan D. Healy     bhealy@prosecutor.cuyahogacounty.us, ssparks@prosecutor.cuyahogacounty.us

Janeane R. Cappara     jcappara@prosecutor.cuyahogacounty.us, lweber@prosecutor.cuyahogacounty.us

Jessica Smith Savoie     jsavoie@peifferwolf.com, kohara@peifferwolf.com

**1:21-cv-01958-JPC Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:



**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP OHNDStamp_ID=875560366 [Date=1/26/2023] [FileNumber=10767383-0]
[8aa1ec233b9f0766a57bd53dfb80a329f9b911a3b281ea358405faf6db3e72c3e53d
c4d47d885231f4d477045cff260773070530fc5cb20791484efeded7481d]]
**Document description:** Exhibit A - Clay v. Cuyahoga County First Amended Complaint
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP OHNDStamp_ID=875560366 [Date=1/26/2023] [FileNumber=10767383-1]
[6efc702f110bb419ca4428a366e01ec91a36f446d1fee7fccf5ca08b4d77ebe3f0c6
41297f3e3062a2267f560e8f7b9250497b0090adf02e40feb5f241ab93bf]]
**Document description:** Exhibit B - 2020 CCCC Jail Inspection
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP OHNDStamp_ID=875560366 [Date=1/26/2023] [FileNumber=10767383-2]
[80a08b6686383262c8c4c86101c6d4e094c76d758999ec8ce46f8c0154401282a7f0
198022890751a8b4306043e9508c53843f6eca0e382be6f806c6ac6a532a]]

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

**\*\*\*\* This message originated from outside of our company. Do not click links or open attachments unless you recognize the sender and know the content is safe. \*\*\*\***

| | |
|---|---|
| **From:** | ohndecf@ohnd.uscourts.gov |
| **To:** | OHNDdb_CleECF@ohnd.uscourts.gov |
| **Subject:** | Activity in Case 1:21-cv-01958-JPC James v. Cuyahoga County et al Attorney Appearance |
| **Date:** | Friday, January 27, 2023 10:52:36 AM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

NORTHERN DISTRICT OF OHIO

## Notice of Electronic Filing

The following transaction was entered by Lambert, David on 1/27/2023 at 10:51 AM EST and filed on 1/27/2023

**Case Name:** James v. Cuyahoga County et al
**Case Number:** 1:21-cv-01958-JPC
**Filer:** Frederick Barthany
Damien Bodeker
Adam Broeckel
Cuyahoga County

**Document Number:** 34

### Docket Text:
**Attorney Appearance by David G. Lambert filed by on behalf of All Defendants. (Lambert, David)**

**1:21-cv-01958-JPC Notice has been electronically mailed to:**

Ashlie Case Sletvold     asletvold@peifferwolf.com, kohara@peifferwolf.com

Brendan D. Healy     bhealy@prosecutor.cuyahogacounty.us, ssparks@prosecutor.cuyahogacounty.us

David G. Lambert     dlambert@prosecutor.cuyahogacounty.us

Janeane R. Cappara     jcappara@prosecutor.cuyahogacounty.us, lweber@prosecutor.cuyahogacounty.us

Jessica Smith Savoie     jsavoie@peifferwolf.com, kohara@peifferwolf.com



EXHIBIT 1-B

**1:21-cv-01958-JPC Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP OHNDStamp_ID=875560366 [Date=1/27/2023] [FileNumber=10767864-0]
[19710a5c800f21a6e7d42cfde13f0ddaae4a19e9ea2791ca74c568b9b03e28655c72
0022550f133f5b45b8d812bfd4c83531f67aaf1f5802f4ed7cfbe0ece883]]

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

**\*\*\*\* This message originated from outside of our company. Do not click links or open attachments unless you recognize the sender and know the content is safe. \*\*\*\***

| | |
|---|---|
| **From:** | ohndecf@ohnd.uscourts.gov |
| **To:** | OHNDdb_CleECF@ohnd.uscourts.gov |
| **Subject:** | Activity in Case 1:21-cv-01958-JPC James v. Cuyahoga County et al Motion to stay |
| **Date:** | Friday, January 27, 2023 12:22:36 PM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

NORTHERN DISTRICT OF OHIO

## Notice of Electronic Filing

The following transaction was entered by Lambert, David on 1/27/2023 at 12:21 PM EST and filed on 1/27/2023

| | |
|---|---|
| **Case Name:** | James v. Cuyahoga County et al |
| **Case Number:** | 1:21-cv-01958-JPC |
| **Filer:** | Frederick Barthany |
| | Damien Bodeker |
| | Adam Broeckel |
| | Cuyahoga County |

**Document Number:** 35

**Docket Text:**
**Motion to stay** *Pending Resolution of Motion to Disqualify* **filed by Frederick Barthany, Damien Bodeker, Adam Broeckel, Cuyahoga County. (Lambert, David)**

**1:21-cv-01958-JPC Notice has been electronically mailed to:**

Ashlie Case Sletvold    asletvold@peifferwolf.com, kohara@peifferwolf.com

Brendan D. Healy    bhealy@prosecutor.cuyahogacounty.us, ssparks@prosecutor.cuyahogacounty.us

David G. Lambert    dlambert@prosecutor.cuyahogacounty.us

Janeane R. Cappara    jcappara@prosecutor.cuyahogacounty.us, lweber@prosecutor.cuyahogacounty.us

Jessica Smith Savoie    jsavoie@peifferwolf.com, kohara@peifferwolf.com


EXHIBIT 1-C

**1:21-cv-01958-JPC Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP OHNDStamp_ID=875560366 [Date=1/27/2023] [FileNumber=10768148-0]
[2ef8fd5da663fb54af5fb3cb9e94279af5126606c36e6c398761e1d9738c4f564f13
b4602fd651efbd7e9869a7719ea4ec1680b2ca700aa534eb77b3117f2a48]]

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

**\*\*\*\* This message originated from outside of our company. Do not click links or open attachments unless you recognize the sender and know the content is safe. \*\*\*\***