| Inmate | Inmate No. | Incident Date | Videos |
|---|---|---|---|
| Adbulhagg, Muhammad | 236463 | 8/5/2018 | None |
| Allen, Genesis | 329155 | 8/6/2018 | ALLEN,GENESIS ERC PART1.MOV |
| | | | ALLEN,GENESIS ERC PART2.MOV |
| | | | 0329155Allen-1.MOV |
| | | | 0329155Allen.MOV |
| Beckman, Molly | 337188 | 6/9/2019 | 6_9_2019 1_55_57 PM (UTC-04_00); SmartClient-Player.exe -2 |
| | | | 10-25_Inmate_Beckman,_Molly_Jail_1_7B |
| | | | Beckman, Molly #337188 06-10-19 MATEJKA(1) |
| Bell, Terrell | 328416 | 8/4/2018 | BELL, TERELL SO#0328416 ESCORTED TO 10 SOUTH 8-4-2018 |
| | | | BELL, TERELL SO#0328416 ESCORTED TO RESTRAINT ROOM 8-4-2018 |
| | | | BELL, TERELL SO#0328416 INTERVIEW (2) 8-4-2018 |
| | | | BELL, TERELL SO#0328416 INTERVIEW (1) 8-4-2018 |
| | | | BELL, TERELL SO#0328416 REMOVED FROM RESTRAINT CHAIR 8-4-2018 |
| | | | 10-25 6 NORTH ELEVATOR-BELL, TERELL SO#0328416 |
| Benjamin, Deante | 206625 | 8/6/2018 | Benjamin, D 206625 10-25 |
| | | | Benjamin, D 206625 from 7CD1 to medical |
| | | | Benjamin, D 206625 out of ERC |
| | | | Benjamin0206625 |
| | | | benjamin, deante #0188095 back to pod from psych interview |
| | | | benjamin, deante #0188095 to psych interview |

| Name | ID | Date | Description |
|---|---|---|---|
| Bilal, Levonte | 323260 | 9/23/2018 | Bilal, Levonte #323360 10-25 9-23-2018(1) |
| | | | Bilal, Levonte #323360 pt.2 |
| Blackshear, Antoine | 186338 | 12/30/2018 | 12-29-2018-Blackshear_186338_MOV (extraction); 12-29-2018-Blackshear#186 |
| | | | 12-29-2018-Blackshear#186338-out of ERC |
| | | | 7D CODE RED #5 BLACKSHEAR (3) |
| | | | BLACKSHEAR ANTONIO 0186338 CODE-RED 1317-1354 PART2 |
| | | | Blackshear, Antione being dressed for transport |
| | | | Blackshear, Antione decon |
| | | | Blackshear, Antione escort from medical |
| | | | Blackshear, Antione escort to sallyport |
| | | | BLACKSHEAR |
| | | | Code Red 7D pod inmate Blackshear, Antoine #0186338 |
| | | | CODE RED 7D POD-BLACKSHEAR ANTIONE SO30186338 12-29-2018 removing Blackshear from the ERC |
| | | | Extraction_1_1_BLACKSHEAR_ANTONIO_0186338_CODE_-RED_1317-1354HRS_PART1_MOV - Copy |
| | | | 12-29-2018-Blackshear#186338 (2) |
| | | | 12-29-2018-CODE RED-J17C-Blackshear#186338 |
| | | | Extraction_1_2_7D_CODE_RED_5_BLACKSHEAR_2_MOV |
| | | | BLACKSHEAR #186338 SALLYPORT |
| | | | Blackshear cell 18 code red |
| | | | code red 7c #18 blackshear |
| Bonner, Anthony | 212328 | 8/7/2018 | Cpl Jozwiak responding 10-25 10B Bonner, A 212328 into ERC |

| Name | ID | Date | Notes |
|---|---|---|---|
| Brady, Colin | 327122 | | Bonner, A 7CD1 to medical |
| | | | Bonner, A out of ERC |
| | | 3/9/2018 | BRADY, COLIN so#0327112 (2) |
| | | | Brady, Colin so#0327112 intake |
| | | | Brady, Colin so#0327112 meidcal |
| | | | Brady, Colin so#0327112 |
| | | | BRADY, COLIN so#0327112 strip |
| | | | Brady, Colin so#0327112 sallyport |
| | | | BRADY, COLIN so#3027112 suicide |
| Brown, Jamar | 283968 | 7/24/2018 | Brown0283968-1 |
| | | | Brown0283968 |
| Brown, Shauntez | 331391 | 8/6/2018 | Brown, S 331391 into ERC |
| Bunn, Batal | 335267 | 5/6/2018 | 05062019 Bunn 0335267 removed from ERC |
| Castleberry, Joshua | 326936 | 12/15/2017 | Castleberry 0326936 to 7CD1 observation room |
| | | | 252018 10-25 10A Castleberry, Joshua |
| | | | Cpl Jozwiak responding to 10-25 10A |
| Collins, Marvel | 326691 | 9/6/2018 | 9-6-2018-Colling,Marvel#326691(2) |
| | | | 9-6-2018-Collins,Marvel#326691 |
| Conway, Gabrielle | 290789 | 12/21/2018 | Conway , injections in chair |
| | | | Conway. G 290789 in erc |
| | | | Conway Gabrielle so#290789 CODE RED |

| Name | ID | Date | Description |
|---|---|---|---|
| DeJesus, Joselito | 218586 | 10/5/2018 | DeJesus, Jose #0218586 refusing to submit to handcuffs. |
| | | | 100518 Dejesus,Joselito S.O.#0218586 PAVA extraction |
| | | | CODE RED 7D POD-DEJESUS, JOSE#0218586 10-5-2018 |
| | | | Dejesus, Joselito #0218586 ERC swap |
| | | | interview with Dejesus. J |
| | | | Dejesus. J back from Court |
| | | | dejesus, joselito #218586 possible match |
| Donegan, Patrick | 251419 | 12/12/2017 | DONEGAN, PATRICK |
| Elliot, Laroscoe | 267787 | 12/16/2017 | 121617 10B 10-25 Elliott,Laroscoe |
| Eskeridge, Kevin | 147255 | 6/6/2019 | 7C_eskeridge,_kevin_so#147255_code_red |
| | | | Eskeridge, Kevin out of ERC |
| | | | AXON_Body_2_Video_2019-06-06_1220_Eskeridge,Kevin_SO#0147255 |
| | | | AXON_Body_2_Video_2019-06-06_1220_ESKERIDGE,_KEVIN |
| | | | Export 6-6-2019 1-16-45 PM Possible Match |
| | | | Export 6-6-2019 1-23-44 PM Possible Match |
| | | | Export 6-6-2019 9-28-58 AM Possible Match |
| Flowers, Anthony | 250223 | 6/23/2019 | Flowers, Anthony #250223- ERC 6-23-2019 ERC |
| | | | 06-23-19 Flowers,Anthony S.O.0250223 pt. 1- Sgt. Keglovic |
| | | | 10-25 SALLY PORT FLOWERS#250223 ERC |
| | | | 06-23-19 Flowers, Anthony S.O.#0250223 ERC- Sgt. Keglovic |
| | | | FLOWERS#250223 ERC (2) |
| | | | FLOWERS#250223 |
| | | | FLOWERS#250223 (2) |
| | | | 06-23-19 Flowers, Anthony S.O.#0250223 10-25 7C- Sgt. Keglovic |
| | | | FLOWERS#250223 (3) |
| | | | FLOWERS#250223 (4) |

| Name | ID | Date | Files |
|---|---|---|---|
| | | | FLOWERS#250223 (5) |
| | | | AXON_Body_2_Video_2019-06-23_0405 |
| | | | Removing_Flowers_from_ERC |
| | | | Inmate_Flowers_returned_from_hospital_and_placed_in_ERC |
| | | | 6_23_2019 3_41_17 AM (UTC-04_00) |
| | | | Export 6-23-2019 9-15-05 AM |
| | | | Export 6-23-2019 2-04-14 PM - Possible Match |
| | | | AXON_Body_2_Video_2019-06-23_0306 |
| | | | Flowers, Anthony 0250223 part 2 |
| | | | Flowers, Anthony 0250223 10-25 part 1 |
| | | | 10-25 7C pod Flowers, Anthony 0250223 |
| Glaze, Chariell | 313347 | 11/27/2017 | 11272017 Glaze #0313347 10-25 5A pod |
| | | | 11272017 Glaze #0313347 removed from E.R.C. into 10B#21 |
| Goldstein, Felix | 299412 | 3/13/2018 | GOLDSHTIEN #299412 ADPI |
| Graves, William | 278879 | 10/26/2017 | 10-26-17 graves, william #0278879 |
| Gregory, Aaron | 297844 | 6/28/2019 | gregory,_aaron_in_ERC |
| | | | Gregory,_Aaron_out_of_ERC |
| | | | Gregory,_aaron_PAT_alarm |
| | | | Gregory,_Aaron #297844-OC_ERC |
| | | | AXON_Body_2_Video_2019-06-28_1018_GREGGORY,_AARON |
| Griffin, Marcus | 336207 | 7/12/2019 | Griffin,_Marcus_#336207-Out_ERC |
| | | | Griffin,_Marcus_#336207-Med_Emerg_ERC |
| | | | AXON_Body_2_Video_2019-07-12_2229 |

| Name | ID | Date | Files |
|---|---|---|---|
| Griffin, Marcus 2 | 336207 | 7/4/2019 | Griffin,_Marcus<br>Export 7-12-2019 9-22-44 AM<br>7_12_2019 10_24_59 PM (UTC-04_00)<br>Griffin Marcus mp4<br>Griffin,_Marcus#336207-OC_ERC<br>Griffin,_Marcus<br>Griffin,_Marcus_#0336207<br>Griffin,_Marcus.mp4 possible match<br>PAT_Activation_7C_jail_II,_Medical_Emergency._SO#336207_Griffin,_Marcus. |
| Hamilton, Deonte | 292567 | 3/24/2018 | none |
| Hamm, Joshua | 308827 | 2/3/2018 | none |
| Harris, Terry | 212023 | 8/30/2018 | 8-30-2018-Harris,Terry#212023-Code Green |
| Hill, Joe | 290184 | 4/10/2018 | Inmate Hill,Joe 290184<br>Hill, J 290184 into ERC<br>Hill, J 290184 to 7 South for observation<br>HILL JOE 0290184<br>Hill0290184 |
| Holmes, Devon | 314894 | 11/12/2018 | Cpl Harris 10-25 7A pod Holmes<br>Cpl Harris 10-25 7A pod Holmes cont<br>Holmes, Davon #0314894 11-12-18 MATEJKA<br>Cpl Harris removing Holmes from chair |
| Johnson, James | 262501 | 11/20/2018 | Johnson 262501 from 7south to medical<br>11202017 Johnson 0262501 10-25<br>11202017 Johnson into E.R.C. to medical |

| Name | ID | Date | Description |
|---|---|---|---|
| | | | 11202017 Johnson from medical to 7 south observation |
| Massiamiani, Brian | 277578 | 7/19/2017 | 07192018maisimiani277578 |
| | | | 7-19-2018-MASSIMIANI,BRIAN#277578 |
| McAlpine, Joseph | 261499 | 11/19/2017 | 11-19-17 mcalpine, joseph #261499 |
| | | | 11-19-2017 10-25 10 North Hallway 0055-0058 hrs McAlpine SO# 261499 |
| McCann, Deandre | 333718 | 11/16/2018 | McCann, Deandre #0333718 (1) |
| | | | McCann, Deandre #0333718 (2) |
| | | | Mccann Deandre So#033718 |
| | | | 11162018 BODEKER speaking with McCann and CODE RED |
| | | | MCCANN, DEANDRE #0333718 ESCORTED TO RESTRAINT ROOM 11-16-2018 |
| McGinnis, Kenneth | 303197 | 4/28/2018 | 04-28-2018 6B Pod Jail 1 MCGINNIS,KENNETH303197 |
| McPherson, Alphonso | 269815 | 3/9/2018 | MCPHERSON, ALPHONSO so#0269815 |
| Muldrow, Jasper | 333565 | 11/12/2018 | Export 11-12-2018 11-47-52 AM - Possible Match |
| | | | Export 11-12-2018 11-49-00 AM - Possible Match |
| | | | Export 11-12-2018 9-34-31 AM |
| Nugent, Michael | 285850 | 4/4/2018 | Nugent, Michael #0285850 10-25 4-4-2018 pt.2 |
| | | | Nugent, Michael #0285850 10-25 4-4-2018 |
| | | | Nugent, Michael 04-04-2018 pt.2 |
| | | | Nugent, Michael 10-25 04-04-2018 |
| | | | Export 4-4-2018 9-07-12 AM |
| O'Brien, Joshua | 328055 | 2/26/2018 | 2262018 O'Brian intake |

| Name | ID | Date | Notes |
|---|---|---|---|
| Padus, Bogdan | 332325 | | 2262018 O'Brian into ERC |
| | | | O'Brian Joshua 0328155 (2) |
| | | | O'Brian Joshua 0328155 |
| | | | O'Brian328055 |
| | | | O'Brian328055-1 |
| | | | O'Brian328055-2 |
| | | | OBrian, J 328055 out of ERC |
| | | 9/18/2018 | Padus, Bogdan 7C 10-25 |
| Petty, William | 248209 | 9/19/2018 | Export 9-19-2018 11-33-54 AM - Possible Match |
| | | | Export 9-19-2018 9-01-00 AM - possible match |
| Plato, Jan | 304729 | 5/20/2019 | Inmate_Plato,_Dean_Cell_Extraction_7D_Jail_1_Cell_#1 |
| | | | plato 304729 meds and accucheck |
| | | | plato, Dean #304729 placed in ERC |
| | | | Plato,jan0304729cellextraction |
| | | | Plato20mins |
| | | | platoremovedfromerc |
| | | | EXPORT 5 20 2019 12 50 35 PM |
| Rahmon, Jamal | 326225 | 11/27/2017 | none |
| Range, Chaise | 315719 | 4/8/2018 | range 8h pat- Jones 8d pat- Range 8h 10-25 |
| | | | RANGE INTO RESTRAINT ROOM |
| Rapier, Michael | 281909 | 4/17/2018 | Rapier281909 |
| | | | Rapier281909-A |

| Name | ID | Date | Notes |
|---|---|---|---|
| Rice, Mario | 301541 | 10/1/2018 | none |
| Samuels, Antwan | 321399 | 10/19/2018 | 10-19-2018 7H PAT 2106-2108 Samuel SO# 321399 |
| | | | 10-25 7 NORTH HALLWAY-SAMUELS, ANTWAN#0321399 10-19-2018 |
| Sanchez, Ismael | 249993 | 4/11/2018 | SANCHEZ, ISMAEL SO#0249993 10-25 10A POD 4-11-2018 |
| | | | SANCHEZ, ISMAEL SO#0249993 ESCORTED TO DISPENSARY 4-11-2018 |
| | | | SANCHEZ, ISMAEL SO#0249993 ESCORTED TO ERC ROOM 4-11-2018 |
| | | | SANCHEZ, ISMAEL SO#0249993 PLACED IN ERC 4-11-2018 |
| | | | SANCHEZ, ISMAEL SO#0249993 REMOVED FROM ERC 4-11-2018 |
| | | | SANCHEZ, ISMAEL |
| Scott, Kwoquan | 266174 | 12/6/2017 | 1252017 266174 Scott Kwoquan lock up |
| | | | kscott |
| Short, Jimmy | 207164 | 11/6/2018 | Short, Jimmy 10-25 pt. 2 |
| | | | Short, Jimmy 10-25 pt.1 |
| Smith, Edward | 165407 | 1/19/2018 | smith 0165407 10-25 10g |
| | | | Smith 0165407 chair |
| | | | 011918 10-25 10G Smith, Edward |
| Smith, Nicole | 322223 | 11/29/2017 | none |

| Name | ID | Date | Description |
|---|---|---|---|
| Sutton, Adolphus | 197620 | 3/9/2018 | none |
| Tell, James | 267188 | 8/5/2018 | none |
| Turner, David | 321186 | 5/7/2019 | 10-25Turner,david0321186 |
| Turner, Isaiah | 322476 | 12/29/2017 | 10A TURNER ISIAH 0322476 10-25 PART 1<br>10A TURNER ISIAH 0322476 PART 2<br>turner, isiah #0322476 (1)<br>turner, isiah #0322476 (2)<br>TURNER, ISAIAH SO#0322476 REMOVED FROM RESTRAINT CHAIR 12-29-2017<br>TURNER, ISAIAH SO#0322476 ESCORTED FROM DISPENSARY TO RESTRAINT ROOM 12-29-2017 |
| Vaughn, Kenneth | 259898 | 12/18/2017 | none |
| Viattardi, Matthew | 316727 | 10/8/2018 | none |
| Williams, John | 238832 | 7/14/2018 | None |