UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DEONTE JAMES, | ) | Case No. 1:21-cv-01958 |
| | ) | |
| Plaintiff, | ) | Judge J. Philip Calabrese |
| | ) | |
| v. | ) | Magistrate Judge |
| | ) | Jonathan D. Greenberg |
| CUYAHOGA COUNTY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

# ORDER

Defendants move to strike new arguments they contend Plaintiff makes in his reply in support of the Rule 11 motion. (ECF No. 54.) It is well established that parties may not present new evidence or arguments for the first time in reply. *See, e.g., Seay v. Tennessee Valley Auth.*, 339 F.3d 454, 481–82 (6th Cir. 2003). Setting aside procedural questions regarding the propriety of a motion to strike directed at a reply brief, the Court **GRANTS IN PART** Defendants' motion and will not consider issues, evidence, and argument raised for the first time in reply in ruling on Plaintiff's Rule 11 motion.

**SO ORDERED.**

Dated: April 4, 2023

J. Philip Calabrese
United States District Judge
Northern District of Ohio