# STARK COUNTY JAIL

4500 ATLANTIC BLVD. NE, CANTON, OH 44705 (330)430-3800

Arrest Report

Run Date:05/19/2023 - 8:15 by CO

**JAMES, DEONTE RAYMOND**　　　JailID:**0000143104**　　　Book#:**0000438193**

| Inmate Bio Information | |
|---|---|

Jail ID: 0000143104　　　　　　　　　　　Booking No: 0000438193
Inmate: JAMES, DEONTE RAYMOND　　　Sex: M　　Race: B
Hgt: 6'09　　Wgt: 300　　Hair: BLK　　　Eyes: BRO
SSN: XXX-XX-6057　　　　　　　　　　　　DOB:    1987
Address: 321 E 214 ST　　　　　　　　　　FBI#:
　　　:　　　　　　　　　　　　　　　　　BCI#:
　　　: EUCLID　　　　　　　　　　　　　Phone: ()
Birth Place: CLEVELAND　　　　　　　　 Country/State: US/OH
Emerg.Notif:  REFUSED () ()

　　　　Occupation:UNEMPLOYED
　　　　Employer:NONE



### Alias Info

| Type | Alias Info |
|---|---|
| AKA | No AKA Name(s) |

### Scars/Marks/Tattoos/Amputations...

| Type | Description |
|---|---|
| NONE | No S/M/T/A |

### History of Arrests

| Date | Time | Case No. | Charge | Dispo |
|---|---|---|---|---|

### History of Bookings

Booking Date: 10/08/2021  Booking No: 0000438193  Release Date: 11/16/2021

| Booking Date | Time | Release Date | Arrest Type | |
|---|---|---|---|---|
| 10/08/2021 | 02:24:00 | 11/16/2021 | FRESH ARREST | |

| Chrg.Date | Exp.Date | Case No. | Charge | Dispo |
|---|---|---|---|---|
| 10/07/2021 | 11/16/2021 | 2021CRB05550 | 2909.06 M2 - *CRIMINAL DAMAGING & ENDANGERING | BOND |

*I certify this is a true copy of the record on file at the Stark County Sheriff's Office, Canton, Ohio*
For LORRIE WEBER
Signature: Taysa [illegible]   Date 5-19-23
Title CLERK