IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **DEONTE JAMES,** | ) | **CASE NO. 21-CV-1958** |
| | ) | |
| Plaintiff, | ) | **JUDGE J. PHILIP CALABRESE** |
| | ) | |
| v. | ) | |
| | ) | **DECLARATION OF** |
| **CUYAHOGA COUNTY,** *et al.*, | ) | **GREGORY M. POPOVICH** |
| | ) | |
| Defendants. | ) | |

I, GREGORY M. POPOVICH, hereby declare and state as follows:

1. I am the Court Administrator of the Common Pleas Court of Cuyahoga County. I have been Court Administrator for almost 15 years. I submit this Declaration based upon my personal knowledge and am competent to testify thereto.

2. In the course my duties as Court Administrator, I have been called upon numerous times to consult with the Cuyahoga County Prosecutor's Office to hire outside counsel for Court Employees, generally, and for judges of the Court in particular, when such judicial officer or other court employees needed legal representation as a result of performing their official duties, in situations in which the office of the prosecuting attorney was unable to represent such judicial officer or other court employees.

3. When required, I have conferred with and worked cooperatively with the County Prosecutor to choose and retain outside counsel under Section 305.14 of the Ohio Revised Code, which requires the Prosecuting Attorney to file motion in the Common Pleas Court approving the appointment of outside counsel. In doing so, I have authorized the payment of such outside counsel out of the funds forming part of the Court's annual budget and appropriation.

4. During my tenure as Court Administrator, with the exception of one matter where the County paid $275.00 per hour, I have consistently followed a policy of paying an hourly rate of $250 or less per hour for any outside counsel hired to represent a judicial officer or other court employees in litigation.

5. Consistent with the policy, the County has retained Attorney Paul Flowers to represent certain judges of the Common Pleas Court, and has paid an hourly rate of $250.00 or less per hour for such representation in past and current litigation.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on May 30, 2023.

_____
Gregory M. Popovich