**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**MINUTES OF PROCEEDINGS--CIVIL**

Deonte James,

          Plaintiff,

   vs.

Cuyahoga County, et al.,

          Defendants.

DATE: June 28, 2023

CASE NO. 1:21cv1958

JUDGE J. PHILIP CALABRESE

MAGISTRATE JUDGE JONATHAN D. GREENBERG

ECRO: B. Laster

Plaintiff/Representative:
Deonte James (video)

Counsel for Plaintiff:
Jessica Smith Savoie

Defendant/Representative:
Greg Huth

Counsel for Defendant:
David G. Lambert
Janeane R. Cappara
Stephen W. Funk

PROCEEDINGS: A mediation was held with the above-named parties. The parties were able to reach an agreement. The parties shall file a notice of dismissal with prejudice by close of business (5:00 p.m.) on August 28, 2023. The Court will retain jurisdiction to enforce the settlement agreement.

   7 hours

Total Time

*s/ Jonathan D. Greenberg*

United States Magistrate Judge